IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLAKE SAWYER, ) | |
| No. S-09705, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-00290-JPG |
| ) | |
| DANIEL REN, and ) | |
| ALLAN MARTIN, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On February 27, 2014, Plaintiff Blake Sawyer, an inmate then in the custody of the Illinois Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated March 21, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 8).

Plaintiff was directed to file a complaint by April 21, 2014 (Doc. 8). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has been released from prison and has elected to abandon this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of

Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

    **IT IS SO ORDERED.**

    **DATED:  May 2, 2014**

                                          **s/ J. Phil Gilbert**
                                          **UNITED STATES DISTRICT JUDGE**